

Paul R. Gettleman, Portersville, for Dorothy Farbo and Dorothy Farbo, Pro Se.

David Tulowitzki, Ebensberg and Christian A. Fisanick, Barnesboro, for the Commonwealth.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM.

Appeal DISMISSED as having been improvidently granted.

Irving M. Green, Kensington, for Anna Adametz.

John W. Peck and Allen P. Powanda, Greensberg, for the Commonwealth.

Nadia L. Vargo * and Stanley J. Wolowski, for Amicus–Police.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., who was sitting by designation, did not participate in the decision of this case.

■

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Dorothy Rose FARBO, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 19, 1995.
Decided Jan. 18, 1996.

■

**John CHARNEY and Alice Charney, his**
**wife, and John Charney, Jr., their son,**
**and John Charney as parent and natural**
**guardian of Brian Charney, a minor,**
**Appellants,**

v.

**Elaine B. PANITZ, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1995.
Decided Jan. 18, 1996.

* Application For Leave For Amicus Curiae To

Present Oral Argument filed.